JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAS JANKO,<br><br>    Plaintiff,<br><br>    vs.<br><br>NEW YORK LIFE GROUP LIFE INSURANCE COMPANY OF NEW YORK,<br><br>    Defendant. | Case No: CV 22-776-GW-AFMx<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Judge: Hon. George H. Wu<br><br>First Amended Complaint Filed: February 23, 2022 |

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:22-cv-00776 GW (AFMx), is dismissed in its entirety as to all defendants *without* prejudice. All dates set in this matter are hereby vacated and taken off calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated:  July 5, 2022

*/s/ George H. Wu*
_____
Hon. George H. Wu
United States District Judge