1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11   JEREMIAS JANKO,                          )   Case No. CV 22-776-GW-AFMx
                                             )
12             Plaintiff,                     )   **ORDER GRANTING**
                                             )   **STIPULATION TO DISMISS**
13        vs.                                 )   **ENTIRE ACTION WITH**
                                             )   **PREJUDICE**
14   NEW YORK LIFE GROUP LIFE               )
     INSURANCE COMPANY OF NEW               )   Judge:  Hon. George H. Wu
15   YORK,                                    )   Ctrm:    9D, 9th Floor
                                             )
16             Defendant.                     )   First Amended Complaint
     _____)   Filed:  February 23, 2022

17

18        Based upon the stipulation of the parties and for good cause shown, IT IS

19   HEREBY ORDERED that this action, Case No. 2:22-cv-00776 GW (AFMx), is

20   dismissed in its entirety as to all defendants with prejudice.  All dates set in this matter

21   are hereby vacated and taken off calendar.

22        IT IS HEREBY FURTHER ORDERED that each party shall bear its own

23   attorneys' fees and costs in this matter.

24        **IT IS SO ORDERED.**

25

26   Dated:  July 21, 2022

27   _____
     Hon. George H. Wu

28   United States District Judge

1

179113.1